# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 OCT 11 P 2: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Joe Lenard Loyde

Inmate Identification Number: 263971

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Warden Willie Thomas I
Warden Debra Tody II
Warden Willie Bennett III

CV-16-HA-1662-W

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (X)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? _____nothing but write complaint and drop in grievance box at Bbb Correctional_____
      2. What was the result? _____no response on all 3-drops_____

   D. If your answer is NO, explain why not: _____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Joe Lenard Loyde #263971

Address 565 Bibb Lane Brent Al 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Willie Thomas, ~~Warden~~

Is employed as Warden I @ P

at Bibb Correctional Facility, 565 Bibb Lane Brent, Al 35034

C. Additional Defendants Debra Toney Warden II at Bibb Correctional facility, 565 Bibb Lane Brent Al 35034 Willie Bennett Warden III at Bibb Correctional Facility 565 Bibb Lane Brent Al 35034

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On June 28, 2016 at or about 3:45 p.m. I was housed in E-Dorm bay-3 when a Inmate Harris housed in E-4 was allowed to enter E-3 and vicious attack me with a inmate made knife causing injury where I was Hospilized for 4-days at DCH in Tuscaloosa Ala. All 3-Warden know that they run this prison under-staffed and this prison is over-crowded. Refuse to make officer work overtime, Hire new officers.

4

The plaintiff claims his injury was caused by the Defendants being in positions of authority, and acting under the color of law, Negligence, by showing

a diliberate indifference to his safety by failing to provide adequate security or to provide a safe, secure, and Humane enviorment as guaranteed by the United States and the State of Alabama Constitution

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like a jury trial to show the public that I was not being protected as I'm supposed to be, the security was negeliant, incompetent in providing the necessary safety and Humane enviorment and knowing understaffing, is showing a deliberate indifference and my injuries were caused by them. I want to recieve payment monetary damages, mental Health treatment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-4-16

SIGNATURE Joe Loyde

ADDRESS 565 Bibb Lane

Brent, AL. 35034

AIS # 263971

5